United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17533-mdc
Joseph M. McLaughlin                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Aug 05, 2016
                Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2016.
db             +Joseph M. McLaughlin,    8606 Colony Drive,    Philadelphia, PA 19152-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      BRETT L. MESSINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY blmessinger@duanemorris.com
      BRETT L. MESSINGER    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
      JAMES D. MORAN    on behalf of Debtor Joseph M. McLaughlin jamesdmoran@hotmail.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia, Law Department Tax Unit marissa.o'connell@phila.gov,    James.Feighan@phila.gov
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
      STUART ISAAC SEIDEN    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY siseiden@duanemorris.com,    pmackenzie@duanemorris.com
      STUART ISAAC SEIDEN    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC siseiden@duanemorris.com,    pmackenzie@duanemorris.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                   TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joseph M. McLaughlin
        Debtor(s)　　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 15−17533−mdc
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 4th day of August 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　Judge ,
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　55 − 46
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155