UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                    CHAPTER 13

JOSEPH M. McLAUGHLIN,

            DEBTOR                                        BANKRUPTCY NO. 15-17533 MDC

### ORDER APPROVING COUNSEL FEE

AND NOW, this __1st__ day of __September__, 2016, upon consideration of the foregoing Motion for Approval of Counsel Fee and it appearing to the Court that a fee of $3,000.00 is reasonable in this matter, it is:

ORDERED and DECREED that the counsel fee in the amount of $3,000.00 is APPROVED, and the balance due counsel in the amount of $2,400.00 shall be disbursed for the Debtor to the Debtor's attorney by the Standing Chapter 13 Trustee to the extent allowed by the Debtor's Modified Chapter 13 Plan.

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
United States Bankruptcy Judge

cc:

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Joseph M. McLaughlin
8606 Colony Drive
Philadelphia, PA 19152

James D. Moran, Esquire
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110