United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph M. McLaughlin  
    Debtor

Case No. 15-17533-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Sep 02, 2016  
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.  
db    +Joseph M. McLaughlin,   8606 Colony Drive,   Philadelphia, PA 19152-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:

    ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
    BRETT L. MESSINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY blmessinger@duanemorris.com  
    BRETT L. MESSINGER    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC blmessinger@duanemorris.com  
    JAMES D. MORAN    on behalf of Debtor Joseph M. McLaughlin jamesdmoran@hotmail.com  
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia, Law Department Tax Unit marissa.o'connell@phila.gov, James.Feighan@phila.gov  
    PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov  
    STUART ISAAC SEIDEN    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY siseiden@duanemorris.com, pmackenzie@duanemorris.com  
    STUART ISAAC SEIDEN    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC siseiden@duanemorris.com, pmackenzie@duanemorris.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
    TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  CHAPTER 13

JOSEPH M. McLAUGHLIN,

DEBTOR  BANKRUPTCY NO. 15-17533 MDC

### ORDER APPROVING COUNSEL FEE

AND NOW, this __1st__ day of __September__, 2016, upon consideration of the foregoing Motion for Approval of Counsel Fee and it appearing to the Court that a fee of $3,000.00 is reasonable in this matter, it is:

ORDERED and DECREED that the counsel fee in the amount of $3,000.00 is APPROVED, and the balance due counsel in the amount of $2,400.00 shall be disbursed for the Debtor to the Debtor's attorney by the Standing Chapter 13 Trustee to the extent allowed by the Debtor's Modified Chapter 13 Plan.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN,
United States Bankruptcy Judge

cc:
William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Joseph M. McLaughlin
8606 Colony Drive
Philadelphia, PA 19152

James D. Moran, Esquire
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110