## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Joseph M. McLaughlin

                       Debtor

MidFirst Bank

                v.

Joseph M. McLaughlin

               and

William C. Miller Esq.

                    Trustee

Chapter 13

NO. 15-17533 MDC

### ORDER

     AND NOW, this 9th day of February, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

     The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 (if applicable), is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8606 Colony Drive Philadelphia, PA 19152.

     The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
United States Bankruptcy Judge.

cc: See attached service list

Joseph M. McLaughlin
8606 Colony Drive
Philadelphia, PA 19152

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

James D. Moran Esq.
100 S. Broad Street, Suite 2230
Philadelphia, PA 19110

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532