United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17533-mdc
Joseph M. McLaughlin                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Denine              Page 1 of 1              Date Rcvd: Feb 09, 2017
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db           +Joseph M. McLaughlin,   8606 Colony Drive,   Philadelphia, PA 19152-2105
13617659     +KML Law Group, PC,   701 Market Street, Suite 5000,,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRETT L. MESSINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY
               blmessinger@duanemorris.com
              BRETT L. MESSINGER    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC
               blmessinger@duanemorris.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES D. MORAN    on behalf of Debtor Joseph M. McLaughlin jamesdmoran@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia, Law Department Tax Unit
               marissa.o'connell@phila.gov,  James.Feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              STUART ISAAC SEIDEN    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY
               siseiden@duanemorris.com,  pmackenzie@duanemorris.com
              STUART ISAAC SEIDEN    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC
               siseiden@duanemorris.com,  pmackenzie@duanemorris.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joseph M. McLaughlin
                  Debtor

MidFirst Bank
         v.
Joseph M. McLaughlin
         and
William C. Miller Esq.
             Trustee

Chapter 13

NO. 15-17533 MDC

## ORDER

AND NOW, this 9th day of February, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 (if applicable), is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 8606 Colony Drive Philadelphia, PA 19152.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*
United States Bankruptcy Judge.

cc: See attached service list

Joseph M. McLaughlin
8606 Colony Drive
Philadelphia, PA 19152

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

James D. Moran Esq.
100 S. Broad Street, Suite 2230
Philadelphia, PA 19110

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532