# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Chapter 13

JOSEPH M. MCLAUGHLIN

Bankruptcy No. 15-17533-MDC

Debtor

## Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this ___9th___ day of ___March___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Debtor:
JOSEPH M. MCLAUGHLIN

8606 COLONY DRIVE

PHILADELPHIA, PA 19152