United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-17533-mdc
Joseph M. McLaughlin                                                Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Denine              Page 1 of 2              Date Rcvd: Mar 10, 2017
                              Form ID: pdf900           Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
```
db          +Joseph M. McLaughlin,    8606 Colony Drive,    Philadelphia, PA 19152-2105
cr          +Ocwen Loan Servicing Ocwen Loan Servicing, LLC,    Robertson, Anschutz, & Schneid,
              6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853
13711566     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
              Carol Stream, IL  60197-5008
13617657    +Capital One Bank USA, NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13617658    +Doris M. Long,    2127 Kennedy St.,,    Philadelphia, PA 19124-2016
13706412    +Emerg Care Serv of Pa, P.C.,    6681 Country Club Drive,    Golden Valley MN 55427-4601
13617659    +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13617660    +MIDFIRST BANK,    999 N.W. Grand Boulevard,,    Suite 100,    Oklahoma City, OK 73118-6051
13637068    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13617662    +PGW,    Bankruptcy Dept.,    800 W. Montgomery Ave.,,    Philadelphia, PA 19122-2806
13716005     The Bank of New York Mellon Trust Company, N.A.,    c/o Ocwen Loan Servicing, LLC,
              Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 10 2017 20:14:12     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 20:13:10
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 20:14:00     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Mar 10 2017 20:14:11     City of Philadelphia,
              Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr          +E-mail/Text: bankruptcy@phila.gov Mar 10 2017 20:14:11
              City of Philadelphia, Law Department Tax Unit,    c/o Marissa O'Connell, Esquire,
              Municipal Services Building,    Bankruptcy Group,    1401 John F. Kennedy Blvd. 5th Floor,
              Philadelphia, PA 19102-1601
13710520    +E-mail/Text: bankruptcy@phila.gov Mar 10 2017 20:14:12
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD.,    5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13617661    +Fax: 407-737-5634 Mar 10 2017 20:25:18     OCWEN LOAN SERVICING, LLC,
              1661 Worthington Rd., Ste 100,,    West Palm Beach, FL 33409-6493
13637533     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2017 20:17:05
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13625680       James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
                                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRETT L. MESSINGER    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC
           blmessinger@duanemorris.com
          BRETT L. MESSINGER    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY
           blmessinger@duanemorris.com
```

```
District/off: 0313-2          User: Denine                Page 2 of 2                  Date Rcvd: Mar 10, 2017
                              Form ID: pdf900             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JAMES D. MORAN    on behalf of Debtor Joseph M. McLaughlin jamesdmoran@hotmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARISSA M. O'CONNELL    on behalf of Creditor    City of Philadelphia, Law Department Tax Unit
               marissa.o'connell@phila.gov, James.Feighan@phila.gov
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              STUART ISAAC SEIDEN    on behalf of Creditor    THE BANK OF NEW YORK MELLON TRUST COMPANY
               siseiden@duanemorris.com, pmackenzie@duanemorris.com
              STUART ISAAC SEIDEN    on behalf of Creditor Ocwen Loan Servicing Ocwen Loan Servicing, LLC
               siseiden@duanemorris.com, pmackenzie@duanemorris.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Chapter 13

JOSEPH M. MCLAUGHLIN

Bankruptcy No. 15-17533-MDC

Debtor

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

**AND NOW**, this 9th day of March, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_Magdeline D. Coleman_
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Debtor:
JOSEPH M. MCLAUGHLIN

8606 COLONY DRIVE

PHILADELPHIA, PA 19152